UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

DICON FIBEROPTICS, INC.,

    Plaintiff,

v.

PRECISELEY MICROTECHNOLOGY CORP.,

    Defendant.

Case No. 15-cv-01362-BLF

**CASE MANAGEMENT ORDER**

On 09/03/2015, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Statement due | 02/11/2016 |
| Claims Construction Tutorial | 06/03/2016 at 9:00 am |
| Claims Construction Hearing | 06/10/2016 at 9:00 am |
| | |
| | |
| | |
| | |
| | |

1   IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3   IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.
5   IT IS FURTHER ORDERED THAT the Court Adopts Plaintiffs dates and deadlines to
6 Claims Construction on 06/10/2016.  All other dates remain the same.

7

8 Dated:  09/03/2015

9   _____
10  BETH LABSON FREEMAN
    United States District Judge